IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OMAR AMMOURI, | : | CIVIL ACTION |
| Petitioner, | : | NO. 06-3887 |
| v. | : | |
| EDWARD KLEM, et al., | : | |
| Respondents. | : | |

### ORDER

AND NOW, this 28th day of June, 2007, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Reuter, it is hereby

### ORDERED

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for a writ of habeas corpus is DENIED;

3. Petitioner's request for an evidentiary hearing is DENIED; and

4. A certificate of appealability is <u>not</u> granted.

BY THE COURT:

S/ James T. Giles
J.